# United States District Court

## *Northern District of Mississippi*

Evidentiary Hearing Exhibit List

Vadell C. Johnson

V                                                 CAUSE NO: 4:15-CV-00023-DMB-DAS

Kelvin Williams, et al

| **Presiding Judge** David A. Sanders | | | **Plaintiff's Attorney** Pro Se | | **Defendants' Attorney** Ray Hill | |
|---|---|---|---|---|---|---|
| **Hearing Date**    8/12/2019 | | | **Court Reporter** Digital | | **Courtroom Deputy** Jennifer L. Frantz | |
| Plt NO. | Def. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBIT | |
|  | 1 | 8/12/2019 | X | X | Incident Report from Bolivar Co. Regional Correctional Facility | |
|  | 2 | 8/12/2019 | X | X | Copy of Discharge Instructions from Bolivar County Medical Center | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |

★    Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of_____1_____ Pages