IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

VADELL C. JOHNSON                                                                    PLAINTIFF

V.                                                                         NO. 4:15-CV-23-DMB-DAS

SHERIFF KELVIN WILLIAMS, et al.                                                  DEFENDANTS

## ORDER CLOSING CASE

The Court has been advised that the remaining parties in this case reached a settlement of all claims. Accordingly, the Clerk of the Court shall **TERMINATE** all pending motions [77][88] and **CLOSE** this case on the Court's active docket.

**SO ORDERED**, this 18th day of September, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**